

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00595-CR

Guadalupe **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. NM227833
Lorina I. Rummel, Judge Presiding

## O R D E R

On August 19, 2014, appellant filed a pro se Motion for Leave to File Late Notice of Appeal, in which she states "I have not been indicted[.] It's been over 90 days." On August 25, 2014, the trial court clerk filed a Notification of Late Record stating she is unable to file the record because the "Notice of Appeal was not filed and there was no judgment." It therefore appears appellant is attempting to appeal from the alleged failure of the State to indict him. This court does not have jurisdiction to consider an appeal if there is no final judgment. Also, this court's jurisdiction to consider an appeal is not triggered unless a notice of appeal is timely filed.

Therefore, appellant is ORDERED to show cause, in writing, <u>no later than September 11, 2014</u>, why this appeal should not be dismissed for lack of jurisdiction. If appellant does not respond in writing by September 11, 2014, this appeal will be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court